# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 31, 2024

## NO. 03-24-00449-CR

**Lindsay Marie Smith, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 390TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment of conviction entered by the trial court. Lindsay Marie Smith has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Lindsay Marie Smith to withdraw her notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.